COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 


 
 
  
 CITY OF DALLAS,
 TEXAS, AND BOARD OF ADJUSTMENT OF THE CITY OF DALLAS, TEXAS,
  
                             Appellants,
  
 v.
  
 MD II ENTERTAINMENT, INC.
 D/B/A/ THE FARE WEST,
  
                             Appellee.
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
    
  ' 
  
 
 
  
  
                 No. 08-02-00158-CV
  
 Appeal from the
  
 193rd District Court
  
 of Dallas County, Texas 
  
 (TC# 00-09242-L) 
  
 
 


 

O P I N I O N

Pending before the Court is the joint
motion to dismiss this appeal pursuant to Tex.
R. App. P. 42.1(a)(1), which states:

(a)
The appellate court may dispose of an appeal as follows:

 

(1)       in
accordance with an agreement signed by all parties or their attorneys and filed
with the clerk;

 

.    .    .

 

The parties have complied with the
requirements of Rule 42.1(a)(1).  The
Court 








has considered this cause on the joint motion and concludes
the motion should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.

 

SUSAN
LARSEN, Justice

October 31, 2002

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)